# MOSKOWITZ COLSON
# GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP

One Battery Park Plaza
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

April 1, 2026

**By ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:**    ***United States v. Jonathan Loadholt,*** **24 Cr. 670 (LJL)**

Dear Judge Liman:

    I write to respectfully request a one-month adjournment of Mr. Loadholt's sentencing hearing, currently scheduled for April 23, 2026, because we are still collecting letters and other mitigation materials necessary for our sentencing memorandum. This is our first request for an adjournment. I have conferred with the government, and all parties are available on May 27, 2026, or on a date that is convenient for the Court in June 2026.

    Thank you for your consideration.

        Respectfully submitted,

        /s/

        Deborah Colson
        (917) 543-6490

cc:    Government counsel